**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Drilling Structures International, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-33395** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1.  Does the debtor have any cash or cash equivalents?

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    All cash or cash equivalents owned or controlled by the debtor

    Current value of debtor's interest

2.  Cash on hand

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value |
|---|---|---|---|---|---|---|---|
| 3.1. | Independent Bank (special) #x8164 | | 8 | 1 | 6 | 4 | $29,421.13 |
| 3.2. | Independent Bank (operating) #xxxxx5452 | Checking account | 5 | 4 | 5 | 2 | $16.29 |
| 3.3. | Trustmark Bank xxx-xxx-3794 | Checking account | 3 | 7 | 9 | 4 | $1,287.04 |
| 3.4. | Ladenburg Thalmann Asset Mgt. Brokerage xxx-xx0140 | Brokerage | 0 | 1 | 4 | 0 | $16.53 |

4.  Other cash equivalents     *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $30,740.99

Debtor  <u>Drilling Structures International, Inc.</u>                    Case number (if known) <u>18-33395</u>
        Name

## Part 2: Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

7.   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.   **Total of Part 2.**
     Add lines 7 through 8.  Copy the total to line 81.                                    $0.00

## Part 3: Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

11.  **Accounts receivable**

11a. 90 days old or less:   <u>$0.00</u>   —   <u>$0.00</u>   = ·············· ➜   <u>$0.00</u>
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:   <u>$261,575.88</u>   —   <u>$0.00</u>   = ·············· ➜   <u>$261,575.88</u>
                          face amount              doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              $261,575.88

## Part 4: Investments

13.  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method        Current value of
used for current value   debtor's interest

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
     Add lines 14 through 16.  Copy the total to line 83.                                  $0.00

Debtor   __Drilling Structures International, Inc.__   Case number (if known) __18-33395__
 Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

 ☐ No. Go to Part 6.
 ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| Inventory | | | | $2,761,059.00 |

23. **Total of Part 5**
 Add lines 19 through 22. Copy the total to line 84.                    **$2,761,059.00**

24. **Is any of the property listed in Part 5 perishable?**
 ☑ No
 ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
 ☑ No
 ☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ☑ No
 ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

 ☑ No. Go to Part 7.
 ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
 Add lines 28 through 32. Copy the total to line 85.                    **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
 ☑ No
 ☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

Debtor **Drilling Structures International, Inc.**      Case number (if known) **18-33395**
          Name

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
☑ No
☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | | | $4,905.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | | | $3,665.00 |

42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.
Add lines 39 through 42.  Copy the total to line 86.        $8,570.00

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 MERCEDES-BENZ GLS550 4DR 4X4 4MATIC** VIN 4JGDF7DE1FA446543 | | | $42,661.00 |

Debtor   __Drilling Structures International, Inc.__   Case number (if known) __18-33395__
         Name

| | | |
|---|---|---:|
| 47.2. | 2012 DODGE RAM 3500 DRW CREW<br>4X4 PICKUP VIN 3C63DRGL9CG203403 | $20,000.00 |
| 47.3. | 2012 DODGE RAM 3500 PICKUP<br>4X2 CREW CAB<br>VIN 3C7WDSCLXCG319506 | $18,000.00 |
| 47.4. | 2008 FLATBED BIG TEX TRAILER<br>VIN 16VGX352782617258 | $500.00 |
| 47.5. | 2008 UTILITY TRAILER<br>VIN 1T9BU14288T945264 | $500.00 |
| 47.6. | 2008 UTILITY TRAILER<br>VIN 1T9BU14298T945208 | $500.00 |
| 47.7. | 1999 FLATBED TRAILER<br>VIN 5BEBF3523XC108657 | $250.00 |

48. Watercraft, trailers, motors, and related accessories Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)

> Singled Metered Cross 185,129.
>  Screw Reclaim Blast Booth
> 200 HP Atlas Copco  95,345.
>  Rotary Screw Compressor
> Fire Suppression System  39,517.
> Side Downdraft Paintbooth 185,659.                                     $505,560.00

> Forklifts:
> 1 TAYLOR TXH 350 L  $44,119
> SN 35642
> 1 TAYLOR TXH 350 L $46,887
> SN 35643
> 1 TAYLOR TXH 350 L $46,939
> SN 35644                                                               $137,944.00

51. Total of Part 8.
    Add lines 47 through 50.  Copy the total to line 87.                 $725,915.00

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☑ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 9:   Real property

54. Does the debtor own or lease any real property?

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

Debtor    <u>Drilling Structures International, Inc.</u>        Case number (if known)   <u>18-33395</u>
           Name

**55.**    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.1.** **11704 Trickey Rd.**<br>**Houston, Harris Co., TX 77069**<br>**11704 Trickey Rd** | Fee Simple | | | $847,514.00 |

**56.**    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    **$847,514.00**

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 10:**   **Intangibles and Intellectual Property**

**59.**    **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.**   Patents, copyrights, trademarks, and trade secrets | | | |
| **Drilling Structures International, Inc.**<br>**(copyright)** | | | Unknown |
| **SELRig (TM)** | | | Unknown |
| **61.**   Internet domain names and websites | | | |
| **www.drillingstructuresintl.com** | | | Unknown |
| **62.**   Licenses, franchises, and royalties | | | |
| **American Petroleum Institute (API) license** | | | Unknown |
| **TCEQ Air Quality Permit** | | | Unknown |

**63.**   Customer lists, mailing lists, or other compilations

**64.**   Other intangibles, or intellectual property

**65.**   Goodwill

**66.**   **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.    **$0.00**

**67.**    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☑ No
   ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

| Debtor | **Drilling Structures International, Inc.** | Case number (if known) | **18-33395** |
|---|---|---|---|
| | Name | | |

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **Metlife policy #202178261A**<br>**Policy amount: $1,123,401.71**<br>**Insured: Phillip Rivera Jr.**<br>**Owner:  Drilling Structures International Inc.** | $181,549.70 |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Demand for disbursement of escrow funds, $500,000 of which are Phillip Rivera Sr.'s**<br>**Escrow agent:**<br>**Frost Brown Todd LLC**<br>**10 West Broad St, Ste. 2600**<br>**Columbus, OH 43215** | $1,000,000.00 |
| Nature of claim   Return of escrow funds | |
| Amount requested   $1,000,000.00 | |
| **Claim for full payment due under promissory note:**<br>**Comdistral, S.A.**<br>**Attn:  Ms. Maria Teresa Carreno Perez**<br>**Cra 2 No. 1F-149 Zona Franca**<br>**Barranquilla, Atlantico**<br>**Columbia**<br>**(company no longer in business)** | $0.00 |
| Nature of claim   Company no longer in business | |
| Amount requested   $0.00 | |
| **Claim for full payment due under promissory note:**<br>**Ronald J. Goldschmidt**<br>**435 Elm St.**<br>**Cincinnati, OH 45202** | $75,000.00 |
| Nature of claim   Promissory note | |
| Amount requested   $75,000.00 | |

Debtor    <u>Drilling Structures International, Inc.</u>                    Case number (if known)  <u>18-33395</u>
          Name

Jorge Mendoza
301 Coach Rd.
Houston, TX 77060

Default on promissory notes for properties:
307 Coach Rd - $9,930.74
301 Coach Rd - $39,262.88                                                                    $49,193.62

| Nature of claim | <u>Default - promissory notes</u> |
| Amount requested | <u>$49,193.62</u> |

Potential bad faith claims against various insurance companies
Value:  Unknown                                                                              Unknown

| Nature of claim | <u>Bad faith claims</u> |
| Amount requested | |

Claim against Lloyds of London for refund owed                                              $50,000.00

| Nature of claim | <u>Claim for refund</u> |
| Amount requested | <u>$50,000.00</u> |

75. Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership

    General schematics                                                                       Unknown

78. Total of Part 11.                                                              $1,355,743.32
    Add lines 71 through 77.  Copy the total to line 90.

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

Debtor  __Drilling Structures International, Inc.__          Case number (if known)  __18-33395__
        Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30,740.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $261,575.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,761,059.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,570.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $725,915.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................➔ | | $847,514.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,355,743.32 | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a. $5,143,604.19 | + 91b. $847,514.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 .......................................................... $5,991,118.19

**Fill in this information to identify the case:**

Debtor name  __Drilling Structures International, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number  __18-33395__
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☑ Yes.  Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2.  List in alphabetical order all creditors who have secured claims.  If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $80,547.81 | $185,658.59 |
| --- | --- | --- | --- |
| First National Capital LLC | | | |

Creditor's mailing address
__1029 Highway 6 No. #650-283__

Paint booth

Describe the lien

_____

_____

__Houston        TX    77079__

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                 ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                              $789,145.76

Debtor   **Drilling Structures International, Inc.**     Case number (if known) **18-33395**

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name
**Iberiabank**

Describe debtor's property that is subject to a lien

$497,924.27        $847,514.00

Creditor's mailing address
**PO Box 13740**

**11704 Trickey Rd., Houston, TX**

Describe the lien

**Mortgage**

New Iberia          LA    70562-3740

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number          _____ _____ _____ _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3** Creditor's name
**Mercedes**

Describe debtor's property that is subject to a lien

$47,175.38         $42,661.00

Creditor's mailing address
**PO Box 5209**

**2015 Mercedes Benz GL550**

Describe the lien

**Secured by Title to Vehicle**

Carol Stream          IL    60197

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number          _____ _____ _____ _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   __Drilling Structures International, Inc.__          Case number (if known) __18-33395__

## Part 1:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.4**  Creditor's name
**Siemens**

Creditor's mailing address
301 Lindenwood Drive, Ste. 215

_____

Malvern             PA    19355

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number               ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is
subject to a lien
**Compressor**

Describe the lien
**Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,795.18        $95,345.41

---

**2.5**  Creditor's name
**Wells Fargo Equipment Finance**

Creditor's mailing address
733 Marquette Ave, Ste 700

_____

Minneapolis         MN    55402

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number               ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is
subject to a lien
**Blast room equipment**

Describe the lien
**equipment lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$103,406.89        $185,129.27

Debtor  __Drilling Structures International, Inc.__          Case number (if known) __18-33395__

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6**

Creditor's name
**Wells Fargo Equipment Finance**

Creditor's mailing address
733 Marquette Ave, Ste 700

_____

_____

Minneapolis          MN    55402

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number            ____ ____ ____ ____

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
        relative priority?

　　☐ No.  Specify each creditor, including this
　　　　creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is
　　　　specified on lines _____

Describe debtor's property that is
subject to a lien
**Fire suppression equipment**

Describe the lien
equipment lease

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  | $18,296.23 | $39,516.75 |

| Fill in this information to identify the case: |
| --- |
| Debtor  **Drilling Structures International, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS |
| Case number  **18-33395** (if known) |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**  Priority creditor's name and mailing address

**Comptroller of Public Accounts**

**State of Texas**

**PO Box 149348**

Austin          TX      78714-9348

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim $148,648.12      Priority amount $148,648.12

**2.2**  Priority creditor's name and mailing address

**Department of the Tresury**

**8876 Gulf Freeway ST 5226 HSE**

Houston          TX      77017

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim $116,787.44      Priority amount $116,787.44

Debtor   __Drilling Structures International, Inc.__   Case number (if known) __18-33395__

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.89 |

ADP
PO Box 842875

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Boston                    MA    02284

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

Amanda Velez
c/o Jason Medina
PO Box 1976

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Lubbock                   TX    79408-1976

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,118.86 |

American Express
2965 West Corporate Lakes Blvd

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Executive

Ft Lauderdale             FL    33331

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |

American Express
PO Box 650448

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Corporate

Dallas                    TX    75265-0448

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **Drilling Structures International, Inc.**              Case number (if known)  **18-33395**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,684.08 |

**American Express**              ☐ Contingent

PO Box 650448                     ☐ Unliquidated
                                  ☐ Disputed

Dallas                  TX    75265-0448    Basis for the claim:  Open

Date or dates debt was incurred _____    Is the claim subject to offset?
                                               ☑ No
Last 4 digits of account number ___ ___ ___ ___    ☐ Yes

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $269.50 |

**Ann Harris Bennett**            ☐ Contingent

PO Box 4622                       ☐ Unliquidated
                                  ☐ Disputed

Houston                 TX    77210-4622    Basis for the claim:

Date or dates debt was incurred _____    Is the claim subject to offset?
                                               ☑ No
Last 4 digits of account number ___ ___ ___ ___    ☐ Yes

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $827.52 |

**ATT Landline**                  ☐ Contingent

PO Box 5019                       ☐ Unliquidated
                                  ☐ Disputed

Carol Stream            IL    60197          Basis for the claim:

Date or dates debt was incurred _____    Is the claim subject to offset?
                                               ☑ No
Last 4 digits of account number ___ ___ ___ ___    ☐ Yes

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $879.02 |

**ATT Mobility**                  ☐ Contingent

PO Box 537104                     ☐ Unliquidated
                                  ☐ Disputed

Atlanta                 GA    30353          Basis for the claim:

Date or dates debt was incurred _____    Is the claim subject to offset?
                                               ☑ No
Last 4 digits of account number ___ ___ ___ ___    ☐ Yes

Debtor    Drilling Structures International, Inc.                    Case number (if known)   18-33395

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9**   Nonpriority creditor's name and mailing address        $12,920.00

Bentley, Bratcher & Associates

515 West Greens Road #710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                TX    77067-4525

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.10**   Nonpriority creditor's name and mailing address        $7,770.49

Blue Cross Blue Shield Texas

PO Box 731428

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                TX    75373-1428

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.11**   Nonpriority creditor's name and mailing address        $15,557.85

Bowen Miclette And Britt Ins.

PO Box 922022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Houston                TX    77292

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.12**   Nonpriority creditor's name and mailing address        $61.54

Capital One

PO Box 60599

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

City of Industry                CA    91716-0599

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    3  6  7  7

---

Debtor    **Drilling Structures International, Inc.**          Case number (if known)  **18-33395**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$50.05

**Capital One**

PO Box 60599

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

City of Industry          CA    91716-0599

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    4   5   7   6

☑ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$43,116.88

**Capital Premium Financing**

12235 S 800 E Draper

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Draper          UT    84020

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$6,390.00

**Castle Metals**

PO Box 841949

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas          TX    75284-1949

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$751.15

**Champion Energy Services, LLC**

PO Box 4190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston          TX    77210

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor   __Drilling Structures International, Inc.__   Case number (if known) __18-33395__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.17   Nonpriority creditor's name and mailing address

Cintas

PO Box 650838

Dallas                    TX      75265

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$64.21

### 3.18   Nonpriority creditor's name and mailing address

Comcast

PO Box 660618

Dallas                    TX      75266

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$122.28

### 3.19   Nonpriority creditor's name and mailing address

Dahill

PO Box 205354

Dallas                    TX      75320

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$323.80

### 3.20   Nonpriority creditor's name and mailing address

Dickerson Trucking

PO Box 1703

Liberty                    TX      77575

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,465.00

Debtor    __Drilling Structures International, Inc._____    Case number (if known) __18-33395__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

Drilling Structures Columbia SAS

Calle 1F #2-106 Zona Franca Ba

Barranquill-Atlantic

Columbia

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

$1,242,295.70

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

Drilling Structures Equipment

PO Box 680207

Houston                TX    77268

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

$2,496,271.34

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

Drilling Structures Panama

PO Box 680207

Houston                TX    77268

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

$341,965.60

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

E. Allan Tiller, PLLC

909 Fannin, Suite #3250

Houston                TX    77010

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

$2,925.00

---

Debtor   __Drilling Structures International, Inc.__   Case number (if known) __18-33395__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.25** Nonpriority creditor's name and mailing address

Elma Velez c/o Joseph D. Terry

Terry & Thweatt, PC

One Greenway Plaza, Ste. 100

Houston                    TX      77046-0102

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim **$1.00**

**3.26** Nonpriority creditor's name and mailing address

Ericka Perez c/o Joseph D. Terry

Terry & Thweatt, PC

One Greenway Plaza, Ste. 100

Houston                    TX      77046-0102

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

**3.27** Nonpriority creditor's name and mailing address

FedEx

PO Box 10306

Palatine                   IL      60055

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$29.17**

**3.28** Nonpriority creditor's name and mailing address

Grexo Technology Group

17766 Preston Rd

Dallas                     TX      75252

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,013.44**

Debtor  __Drilling Structures International, Inc.__   Case number (if known) __18-33395__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29** Nonpriority creditor's name and mailing address

Industrias Clavec CIA, LTDA

Antares OE13-253

Mirlos Via al Tingo KM 2 1/2

Quito Ecuador

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$420,347.62

---

**3.30** Nonpriority creditor's name and mailing address

John Hancock/Metlife

PO Box 7247-0181

Philadelphia          PA      19170

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,893.85

---

**3.31** Nonpriority creditor's name and mailing address

Judah Johns Consulting

1331 Burning Tree

Kingwood              TX      77339

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$355.00

---

**3.32** Nonpriority creditor's name and mailing address

Kathy Buchenau

c/o Robert S. Hogan

P.O. Box 2277

Lubbock               TX      79424

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1.00

---

Debtor   __Drilling Structures International, Inc.__                    Case number (if known)   __18-33395__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33**   Nonpriority creditor's name and mailing address

__Law Office of Brian Ettinger__

__5120 Woodway Drive #5004__

__Houston__                        __TX__     __77056__

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$115,139.09

---

**3.34**   Nonpriority creditor's name and mailing address

__Lloyds of London__

__5910 N Central Expy, Ste 500__

__Dallas__                        __TX__     __75231__

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$50,000.00

---

**3.35**   Nonpriority creditor's name and mailing address

__Maxwell Oilfield Services LLC__

__Beachcomber Lane__

__Houston__                        __TX__     __77062__

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,310.21

---

**3.36**   Nonpriority creditor's name and mailing address

__Medcalf Fabrication__

__1703 Hugh Rd.__

__Houston__                        __TX__     __77067__

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,461.00

---

Debtor __Drilling Structures International, Inc.__      Case number (if known) __18-33395__

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.37 | Nonpriority creditor's name and mailing address |
| --- | --- |

__Modular Space Corporation__

__12603 Collections Center Drive__

__Chicago__      IL    60693-0126

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,404.63

---

| 3.38 | Nonpriority creditor's name and mailing address |
| --- | --- |

__Northwest Pest Control__

__9330 Mills Rd__

__Houston__      TX    77070

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$189.44

---

| 3.39 | Nonpriority creditor's name and mailing address |
| --- | --- |

__On-Site A/C & Heating__

__810 Crystal Lake__

__Spring__      TX    77380

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$770.00

---

| 3.40 | Nonpriority creditor's name and mailing address |
| --- | --- |

__Phillip J. Rivera, Jr.__

__13419 Kluge Corner Lane__

__Cypress__      TX    77429

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,445,000.00

---

Debtor  __Drilling Structures International, Inc.__    Case number (if known) __18-33395__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335,146.00** |

__Phillip Rivera, Jr.__

__13419 Kluge Corner Lane__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Cypress__          TX     __77429__

Basis for the claim: __Loan__

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$837,276.49** |

__Phillip Rivera, Sr.__

__8902 Sterling Gate Circle__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Spring__          TX     __77379__

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,690.62** |

__Praxair Dist. Inc.__

__PO Box 120812__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__          TX     __75312-0812__

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,564.44** |

__Pro-Line Water Screen Services__

__PO Box 2565__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Pearland__          TX     __77588__

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   __Drilling Structures International, Inc._____   Case number (if known) _18-33395_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $1,645.17 |

**Protection One**

PO Box 219044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Kansas City                MO     64121-9044      _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $468,875.81 |

**Ramirez, Armandina Tapia De**

2427 A Kelly Lane

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston                    TX      77066          _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $2,889.00 |

**Ramrod Trucking, Inc.**

3009 Hohl St

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston                    TX      77093          _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $1,121.83 |

**Rapid Marine Fuels**

PO Box 687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Deer Park                  TX      77536          _____

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __Drilling Structures International, Inc.__          Case number (if known) __18-33395__

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.20 |

Check all that apply.

__Red Ball Oxygen__

__PO Box 7316__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Shreveport__          LA    71137

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 |

Check all that apply.

__Roberto Corona__

__11622 Welshpool Glen__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Houston__          TX    77066

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.16 |

Check all that apply.

__Staples Advantage__

__PO Box 83689__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Chicago__          IL    60696

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 |

Check all that apply.

__Texas Mutual Insurance__

__PO Box 841843__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Dallas__          TX    75254

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Drilling Structures International, Inc.**          Case number (if known)   18-33395

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.23 |

Texas Outhouse Inc.

PO Box 4509-1

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston          TX     77210-4509

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.22 |

TLC Office Systems (AR)

L3791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Columbus          OH     43260

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,617,096.43 |

Triple-S Steel Supply Co (C)

PO Box 21119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston          TX     77226

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $290.65 |

Waste Management (#83005)

PO Box 660345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas          TX     75266

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    <u>Drilling Structures International, Inc.</u>      Case number (if known)   <u>18-33395</u>

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1    <u>Internal Revenue Service</u>     Line _____

        <u>P.O. Box 7346</u>      ☑ Not listed.  Explain:    __ __ __ __

                                          **Notice Only**

        <u>Philadelphia        PA     19101-7346</u>

Debtor   __Drilling Structures International, Inc.__      Case number (if known) __18-33395__

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.   **Total claims from Part 1**                    5a.   $265,435.56

5b.   **Total claims from Part 2**                    5b. +  $11,592,528.46

5c.   **Total of Parts 1 and 2**                     5c.   $11,857,964.02
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    __Drilling Structures International, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number   __18-33395__     Chapter   __11__
(if known)

☐ Check if this is an
    amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Electric contracts<br>Contract to be ASSUMED | Champion Energy Services, LLC<br>PO Box 4190 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston      TX    77210 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Trunks service contract<br>Contract to be ASSUMED | Comcast<br>PO Box 660618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas      TX    75266 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Printer service contract<br>Contract to be ASSUMED | Dahill<br>PO Box 205354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas      TX    75320 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Compressor lease<br>Contract to be ASSUMED | First National Capital LLC<br>1029 Highway 6 No. #650-283 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston      TX    77079 |

Debtor   __Drilling Structures International, Inc.__          Case number (if known)  __18-33395__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Fire suppression system lease<br>Contract to be ASSUMED | First National Capital LLC<br>1029 Highway 6 No. #650-283 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77079 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Sand blast booth lease<br>Contract to be ASSUMED | First National Capital LLC<br>1029 Highway 6 No. #650-283 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77079 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | IT service contract<br>Contract to be ASSUMED | Grexo Technology Group<br>17766 Preston Rd |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas          TX      75252 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Electrical service contract<br>Contract to be ASSUMED | Reliant Energy Retail Services<br>PO Box 650475 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas          TX      75265-0475 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Copier lease<br>Contract to be ASSUMED | TLC Office Systems (AR)<br>8711 Fallbrook |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77064-3318 |

**Fill in this information to identify the case:**

Debtor name  **Drilling Structures International, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **18-33395**
(if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G*.  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  Phillip Rivera Jr. | 13419 Kluge Corner Lane<br>Number      Street<br><br>Cypress              TX  77429<br>City                      State   ZIP Code | First National Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  Phillip Rivera Jr. | 13419 Kluge Corner Lane<br>Number      Street<br><br>Cypress              TX  77429<br>City                      State   ZIP Code | Iberiabank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  Phillip Rivera Jr. | 13419 Kluge Corner Lane<br>Number      Street<br><br>Cypress              TX  77429<br>City                      State   ZIP Code | Siemens | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  Phillip Rivera Jr. | 13419 Kluge Corner Lane<br>Number      Street<br><br>Cypress              TX  77429<br>City                      State   ZIP Code | Wells Fargo Equipment Finance | ☑ D<br>☐ E/F<br>☐ G |

Debtor **Drilling Structures International, Inc.**          Case number (if known) **18-33395**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|

| | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.5 | Phillip Rivera Jr. — 13419 Kluge Corner Lane, Cypress, TX 77429 | Wells Fargo Equipment Finance | ☑ D ☐ E/F ☐ G |
| 2.6 | Phillip Rivera Sr. — 8902 Sterling Gate Circle, Spring, TX 77379 | First National Capital LLC | ☑ D ☐ E/F ☐ G |
| 2.7 | Phillip Rivera Sr. — 8902 Sterling Gate Circle, Spring, TX 77379 | Iberiabank | ☑ D ☐ E/F ☐ G |
| 2.8 | Phillip Rivera Sr. — 8902 Sterling Gate Circle, Spring, TX 77379 | Siemens | ☑ D ☐ E/F ☐ G |
| 2.9 | Phillip Rivera Sr. — 8902 Sterling Gate Circle, Spring, TX 77379 | Wells Fargo Equipment Finance | ☑ D ☐ E/F ☐ G |
| 2.10 | Phillip Rivera Sr. — 8902 Sterling Gate Circle, Spring, TX 77379 | Wells Fargo Equipment Finance | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Drilling Structures International, Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):   **18-33395**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................. | **$847,514.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................. | **$5,143,604.19**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.............................................................. | **$5,991,118.19**

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D....................... | **$789,145.76**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................ | **$265,435.56**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................. | **+ $11,592,528.46**

4.  **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................. | **$12,647,109.78**

**Fill in this information to identify the case and this filing:**

Debtor Name __Drilling Structures International, Inc.__

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number __18-33395__
(If known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/11/2018__
              MM / DD / YYYY

X _~~Phillip Rivera Jr~~_____
Signature of individual signing on behalf of debtor

**Phillip Rivera Jr.**
Printed name

**Executive Vice President**
Position or relationship to debtor