| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Drilling Structures International, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 18-33395 |

☐ Check if this is an amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2018 to | Filing date | ☑ Operating a business<br>☐ Other | $399,924.27 |
| For prior year: | From 01/01/2017 to | 12/31/2017 | ☑ Operating a business<br>☐ Other | $4,283,799.52 |
| For the year before that: | From 01/01/2016 to | 12/31/2016 | ☑ Operating a business<br>☐ Other | $3,493,741.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

Debtor  **Drilling Structures International, Inc.**   Case number (if known) **18-33395**
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Grexo Technology Group**<br>Creditor's name<br>**17766 Preston Rd**<br>Street<br><br>**Dallas**   **TX**   **75252**<br>City   State   ZIP Code | 3/13/18<br>2,392.33<br>5/1/18<br>2,392.33<br>5/22/18<br>2,392.33 | $7,176.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.2. **Castle Metals**<br>Creditor's name<br>**PO Box 841949**<br>Street<br><br>**Dallas**   **TX**   **75284-1949**<br>City   State   ZIP Code | 3/23/18<br>2,000.<br>4/30/18<br>2,500.<br>5/22/18<br>2,500. | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.3. **Blue Cross Blue Shield Texas**<br>Creditor's name<br>**PO Box 731428**<br>Street<br><br>**Dallas**   **TX**   **75373-1428**<br>City   State   ZIP Code | 3/13/18<br>7,770.49<br>4/30/18<br>7,770.49<br>5/30/18<br>7,770.49 | $23,311.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.4. **Bentley, Bratcher & Associates**<br>Creditor's name<br>**515 West Greens Road #710**<br>Street<br><br>**Houston**   **TX**   **77067-4525**<br>City   State   ZIP Code | 4/10/18<br>5,000.<br>5/1/18<br>2,666. | $7,666.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

Debtor **Drilling Structures International, Inc.**
Name

Case number (if known) **18-33395**

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.5. | **First National Capital LLC**<br>Creditor's name<br>**1029 Highway 6 No. #650-283**<br>Street<br><br>**Houston**   **TX**   **77079**<br>City   State   ZIP Code | 4/9/18<br>381.05<br>4/30/18<br>381.05<br>5/31/18<br>9,813.49 | $10,575.59 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.6. | **Law Office of Brian Ettinger**<br>Creditor's name<br>**5120 Woodway Drive #5004**<br>Street<br><br>**Houston**   **TX**   **77056**<br>City   State   ZIP Code | 4/13/18<br>15,000.<br>5/8/18<br>15,000. | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.7. | **Hillman Rollers**<br>Creditor's name<br><br>Street<br><br>City   State   ZIP Code | 3/23/18<br>1,429.78<br>4/11/18<br>10,459.77<br>6/12/18<br>9,477.00 | $21,366.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.8. | **Iberiabank**<br>Creditor's name<br>**PO Box 13740**<br>Street<br><br>**New Iberia**   **LA**   **70562-3740**<br>City   State   ZIP Code | 4/10/18<br>4,810.72<br>4/30/18<br>4,835.72<br>6/12/18<br>4,860.72 | $14,507.16 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   **Drilling Structures International, Inc.**                              Case number (if known) **18-33395**
         Name

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Drilling Structures Columbia SAS** (Insider's name)<br>**Calle 1F #2-106 Zona Franca Ba** (Street)<br>**Barranquill-Atlantic**<br>**Columbia** (City)  State  ZIP Code<br>Relationship to debtor<br>**Common shareholders** | **SEE ATTACHED SOFA #4.1** | **$271,940.00** | **Payment on account** |
| 4.2. | **Shannon York** (Insider's name)<br>**6006 Flagg Ranch Ct.** (Street)<br>**Spring**  **TX**  **77388** (City/State/ZIP)<br>Relationship to debtor<br>**Daughter of debtor's president** | **6/26/17 to 6/26/18** | **$90,672.48** | **Payroll $80,582.36**<br>**Car payment $10,090.12** |
| 4.3. | **Phillip Rivera Sr.** (Insider's name)<br>**8902 Sterling Gate Circle** (Street)<br>**Spring**  **TX**  **77379** (City/State/ZIP)<br>Relationship to debtor<br>**Debtor's president** | **6/26/17 to 6/26/18** | **$93,705.00** | **Payroll** |
| 4.4. | **Phillip Rivera Jr.** (Insider's name)<br>**13419 Kluge Corner Lane** (Street)<br>**Cypress**  **TX**  **77429** (City/State/ZIP)<br>Relationship to debtor<br>**Debor's executive vice president** | **6/26/17 to 6/26/18** | **$52,670.25** | **Payroll** |

ATTACHMENT
SOFA #4.1

**General Ledger Detail Report**　　　　　　　　　　　　　　　**Drilling Structures International (DSI)**

Detail Postings for Dates 6/15/2017 Thru 6/15/2018

| Account Number/Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Period | Date | Journal | Source | Batch | Beginning Balance | Debit | Credit | Net Change | Ending Balance |

233200-00  Intercompany - DSC, S.A.S.

| Period | Date | Journal | Source | Batch | Beginning Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1,245,154.96- | | | |
| 06 | 6/30/2017 | CD-000179 | G/L | 03752 | | 40,500.00 | | 1,204,654.96- |
| Comments: Doc: 179    06/30/17 DSC Xfer | | | | | | | | |
| 07 | 7/14/2017 | CD-000195 | G/L | 03757 | | 17,500.00 | | 1,187,154.96- |
| Comments: Doc: 195    07/14/17 DSC Xfer | | | | | | | | |
| 07 | 7/14/2017 | CD-000196 | G/L | 03757 | | 10,000.00 | | 1,177,154.96- |
| Comments: Doc: 196    07/14/17 DSC Xfer | | | | | | | | |
| 08 | 8/16/2017 | CD-000248 | G/L | 03781 | | 31,000.00 | | 1,146,154.96- |
| Comments: Doc: 248    08/21/17 DSC Xfer | | | | | | | | |
| 10 | 10/31/2017 | MC-000186 | A/P | 00771 | | | 269,080.74 | 1,415,235.70- |
| Comments: DRILLING STRUCTURES COLOMBIA S APP061 | | | | | | | | |
| 12 | 12/29/2017 | CD-000013 | G/L | 03851 | | 19,500.00 | | 1,395,735.70- |
| Comments: Doc: 13    12/29/17 DSC Xfer | | | | | | | | |
| 01 | 1/16/2018 | CD-000032 | G/L | 03862 | | 30,000.00 | | 1,365,735.70- |
| Comments: Doc: 32    01/16/18 Special to Operating | | | | | | | | |
| 02 | 2/1/2018 | CD-000063 | G/L | 03874 | | 17,590.00 | | 1,348,145.70- |
| Comments: Doc: 63    02/01/18 DSC Xfer | | | | | | | | |
| 02 | 2/7/2018 | CD-000065 | G/L | 03876 | | 2,600.00 | | 1,345,545.70- |
| Comments: Doc: 65    02/07/18 DSC - Daniel Travel Cash | | | | | | | | |
| 02 | 2/19/2018 | CD-000082 | G/L | 03883 | | 23,250.00 | | 1,322,295.70- |
| Comments: Doc: 82    02/19/18 DSC Wire Xfer | | | | | | | | |
| 03 | 3/8/2018 | CD-000102 | G/L | 03893 | | 15,500.00 | | 1,306,795.70- |
| Comments: Doc: 102    03/08/18 DSC A/P Xfer | | | | | | | | |
| 03 | 3/26/2018 | CD-000120 | G/L | 03900 | | 10,500.00 | | 1,296,295.70- |
| Comments: Doc: 120    03/26/18 DSC Wire | | | | | | | | |
| 04 | 4/13/2018 | CD-000013 | G/L | 03911 | | 5,000.00 | | 1,291,295.70- |
| Comments: Doc: 13    04/13/18 DSC Wire Xfer | | | | | | | | |
| 05 | 5/1/2018 | CD-000035 | G/L | 03923 | | 25,500.00 | | 1,265,795.70- |
| Comments: Doc: 35    05/01/18 Special to Operating | | | | | | | | |
| 05 | 5/17/2018 | CD-000057 | G/L | 03931 | | 23,500.00 | | 1,242,295.70- |
| Comments: Doc: 57    05/17/18 DSC Xfer | | | | | | | | |
| | | | | | | 271,940.00 | 269,080.74 | Net Change: 2,859.26 |
| | | | | Report Total: | 1,245,154.96- | 271,940.00 | 269,080.74 | 1,242,295.70- |
| | | | | | 1,245,154.96- | | | 2,859.26 |

Debtor **Drilling Structures International, Inc.**  Case number (if known) **18-33395**

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5. | **Elton York** <br> Insider's name <br> **6006 Flagg Ranch Ct.** <br> Street <br><br> **Spring**    **TX**    **77388** <br> City    State    ZIP Code <br><br> Relationship to debtor <br> **Son-in-law of Debtor's president** | 6/26/17 to 6/26/18 | $3,667.21 | Payroll |
| 4.6. | **Nycholas Jaquette** <br> Insider's name <br> **4803 Fountainhead Dr.** <br> Street <br><br> **Houston**    **TX**    **77066** <br> City    State    ZIP Code <br><br> Relationship to debtor <br> **Grandson of debtor's president** | 6/26/17 to 6/26/18 | $62,250.00 | Payroll |
| 4.7. | **Linda Fortie** <br> Insider's name <br> **26527 Leafton** <br> Street <br><br> **Magnolia**    **TX**    **77354** <br> City    State    ZIP Code <br><br> Relationship to debtor <br> **Mother of debtor's exec. vice pres.** | 6/26/17 to 6/26/18 | $30,000.00 | Payroll |
| 4.8. | **Idalia Gonzalez** <br> Insider's name <br> **4211 Stonehenge** <br> Street <br><br> **Houston**    **TX**    **77066** <br> City    State    ZIP Code <br><br> Relationship to debtor <br> **Sister of debtor's president** | 6/26/17 to 6/26/18 | $3,938.00 | Payroll |
| 4.9. | **Julian Gotay** <br> Insider's name <br> **4803 Fountainhead Dr.** <br> Street <br><br> **Houston**    **TX**    **77066** <br> City    State    ZIP Code <br><br> Relationship to debtor <br> **Nephew of Debtor's president** | 6/26/17 to 6/26/18 | $7,440.00 | Payroll |

Debtor  **Drilling Structures International, Inc.**   Case number (if known) **18-33395**
_____Name_____

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.10. | **Jason Brock** <br> Insider's name <br> **3006 Peachstone Place** <br> Street <br><br> **Spring**     **TX**   **77389** <br> City    State   ZIP Code <br><br> Relationship to debtor <br> **Nephew of Debtor's president** | **6/26/17 to 6/26/18** | **$11,361.00** | **Payroll** |

5.  **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

6.  **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

## Part 3: Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

   ☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Amanda Velez etal v Norton Energy etal** <br><br> Case number <br> **2016-522599** | **Alleged damages, accidental death** | **72nd District Court, Lubbock Co, TX** <br> Name <br> **PO Box 10536** <br> Street <br><br> **Lubbock**    **TX**   **79401** <br> City    State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

8.  **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

Debtor   **Drilling Structures International, Inc.**                     Case number (if known)  **18-33395**
          Name

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☑ None

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☑ None

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

    | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
    |---|---|---|---|
    | 11.1. **Fuqua & Associates, PC** | | 6/22/2018 | $35,000.00 |
    | **Address** | | | |
    | **5005 Riverway** Street | | | |
    | **Suite 250** | | | |
    | **Houston**  **TX**  **77056** City  State  ZIP Code | | | |
    | **Email or website address** | | | |
    | **rlfuqua@fuqualegal.com** | | | |
    | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None

Debtor __Drilling Structures International, Inc.__   Case number (if known) __18-33395__
      Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Mac Haik Dodge<br>Address<br>11000 North Frwy<br>Street<br>Houston   TX   77037<br>City   State   ZIP Code<br>Relationship to debtor<br>Vendor | 2014 JEEP GRAND CHEROKEE 4X2 4DR LIMITED<br>1C4RJEBT93C147464 | 1/15/2018 | $21,500.00 |
| 13.2. Jose Arellano<br>Address<br>12611 De Forest St.<br>Street<br>Houston   TX   77066<br>City   State   ZIP Code<br>Relationship to debtor<br>Employee | 2013 DODGE RAM PICKUP<br>1C6RR6FT1DS587019 | 11/02/2017 | $10,000.00 |
| 13.3. Phillip Rivera Jr.<br>Address<br>13419 Kluge Corner Lane<br>Street<br>Cypress   TX   77429<br>City   State   ZIP Code<br>Relationship to debtor<br>Debtor's executive vice president | 2013 FORD F-150 FX4 4X4 SUPERCREW CAB<br>1FTFW1EF3DFA62538 | 12/01/2017 | $0.00 |

| Debtor | Drilling Structures International, Inc. | Case number (if known) | 18-33395 |
|---|---|---|---|
| | Name | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.4. Mac Haik Dodge | 2013 DODGE RAM PICKUP 1CRR6FTXDS56998 | 10/12/2017 | $15,000.00 |
| Address | | | |
| 11000 North Frwy | | | |
| Street | | | |
| Houston  TX  77037 | | | |
| City  State  ZIP Code | | | |
| Relationship to debtor | | | |
| Vendor | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.5. Mac Haik Dodge | 2013 DODGE RAM PICKUP 1CRR6FT9DS585292 | 1/18/2018 | $16,000.00 |
| Address | | | |
| 11000 North Frwy | | | |
| Street | | | |
| Houston  TX  77037 | | | |
| City  State  ZIP Code | | | |
| Relationship to debtor | | | |
| Vendor | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.6. Ursula Rivera Muro | 2013 DODGE RAM PICKUP 1C6RR6FT8DS587017 | 7/03/2017 | $12,000.00 |
| Address | | | |
| 10616 N. Asher Rd. | | | |
| Street | | | |
| Hobbs  NM  88242 | | | |
| City  State  ZIP Code | | | |
| Relationship to debtor | | | |
| Sister of debtor's executive VP | | | |

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | | | |
|---|---|---|---|
| Debtor | **Drilling Structures International, Inc.** | Case number (if known) | **18-33395** |
| | Name | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
  ☐ No. Go to Part 10.
  ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor   **Drilling Structures International, Inc.**              Case number (if known) **18-33395**
        Name

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **TO BE PROVIDED** | | | |
| Name | | | |
| Street | | | |
| City    State  ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Provide details below.

| Debtor | **Drilling Structures International, Inc.** | Case number (if known) | **18-33395** |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Josephine Sloan** <br> Name <br> **5015 Forest Hurst Drive** <br> Street <br><br> **Spring**      **TX**    **77373** <br> City            State    ZIP Code | From **9/25/2006** To **present** |
| 26a.2. | **Bentley, Bratcher & Associates** <br> Name <br> **515 West Greens Road #710** <br> Street <br><br> **Houston**    **TX**    **77067-4525** <br> City            State    ZIP Code | From **8/2016** To **present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **Bentley, Bratcher & Associates** <br> Name <br> **515 West Greens Road #710** <br> Street <br><br> **Houston**    **TX**    **77067-4525** <br> City            State    ZIP Code | From **8/2016** To **present** |

Debtor   **Drilling Structures International, Inc.**                               Case number (if known) __18-33395__
         Name

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Name and address

If any books of account and records are unavailable, explain why

26c.1. **Drilling Structures International, Inc.**
       Name
       **PO Box 680207**
       Street

       **Houston**                           **TX**      **77268**
       City                                  State       ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Phillip Rivera Sr. | 8902 Sterling Gate Circle<br>Spring, TX 77379 | President / Shareholder | 50% |
| Phillip Rivera Jr. | 13419 Kluge Corner Lane<br>Cypress, TX 77429 | Executive vice president / Shareholder | 50% |
| Shannon York | 6006 Flagg Ranch Ct.<br>Spring, TX 77388 | Corporate secretary / None | 0% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Debtor | **Drilling Structures International, Inc.** | Case number (if known) | **18-33395** |
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

## Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/11/2018**
          MM / DD / YYYY

X _____       Printed name **Phillip Rivera Jr.**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Executive Vice President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes