IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DRILLING STRUCTURES** | § | Case No. 18-33395 |
| **INTERNATIONAL, INC.,** | § | (Chapter 11) |
| | § | |
| **Debtor.** | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Wells Fargo Bank, N.A., a creditor and party-in-interest in the above-referenced case, and pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002, 9007, and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorney at the following address:

Steven A. Leyh
Leyh Payne & Mallia, PLLC
9545 Katy Freeway, Suite 200
Houston, Texas 77024
(713) 785-0881 (Telephone)
(713) 784-0338 (Facsimile)
sleyh@lpmfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and documents referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notice of any applications, complaint, demand, hearing, motion, petition, pleadings or other requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

Respectfully submitted,

LEYH PAYNE & MALLIA, PLLC

By: /s/ Steven A. Leyh
    Steven A. Leyh
    Texas Bar No. 12318300

9545 Katy Freeway, Suite 200
Houston, Texas 77024
(713) 785-0881 (Telephone)
(713) 784-0338 (Facsimile)

**ATTORNEYS FOR WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Notice of Appearance and Request for Service of Notices and Pleadings was served electronically upon each of the parties listed on the Court's ECF Service List for this case on July 11, 2018.

/s/ Steven A. Leyh
Steven A. Leyh