UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DRILLING STRUCTURES INTERNATIONAL, INC. | § § § | CASE NO. 18-33395 |
| DEBTOR | § § | CHAPTER 11 |

## CHAPTER 11 STATUS CONFERENCE STATEMENT

Drilling Structures International, Inc., the debtor-in-possession herein (the "Debtor") files this Chapter 11 Status Conference Statement and would show this Court as follows:

1. <u>The business, financial and other problems that prompted the filing of this case</u>:

    The Debtor was a co-defendant in litigation involving wrongful death claims in the 72nd Judicial District Court of Lubbock County, Texas.

    Additionally, the Debtor has experienced cash flow problems due to the downtown in the oil and gas industry.

2. <u>Attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a)</u>:

    The Meeting of Creditors has been set for July 26, 2018 at 3:00 p.m.

3. <u>Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.)</u>:

    The Debtor has filed an application to retain Richard L. Fuqua and the law firm of FUQUA & ASSOCIATES, PC, as counsel for the Debtor in this chapter 11 case.

    At this time, the Debtor does not anticipate the need for the employment of other professionals in this chapter 11 case.

4. <u>Unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management</u>:

    None.

5. <u>Postpetition operations and revenue</u>:

    Negotiations for fabrication are ongoing.

6. <u>Status of any litigation pending in or outside this Court</u>:

   *Amanda Velez, et al. vs. Norton Energy and Drilling Structures International, Inc.*, Cause No. 2016-522599 In the District Court of Lubbock County, Texas, 72nd Judicial District. Mediation has been scheduled in this matter.

7. <u>Compliance with requests for information from the United States Trustee including, but not limited to, requests made in the Initial Debtor Interview</u>:

   Initial Debtor Interview was conducted on July 19, 2018. The Debtor will comply with all requests for information made by the United States Trustee.

8. <u>Type and adequacy of insurance coverage</u>:

   The Debtor currently has workers compensation insurance coverage and will provide to the United States Trustee proof of coverage on all assets requiring insurance coverage.

9. <u>Outline of proposed plan</u>:

   Debtor will attempt to negotiate and resolve present claims and then propose a plan utilizing the Debtor's assets to satisfy all claims against the Debtor.

10. <u>A proposed schedule for filing and confirming the proposed plan</u>:

    The Debtor anticipates filing its plan by October 23, 2018.

11. <u>Debtor-In-Possession Bank Account</u>:

    The Debtor has opened its Debtor-in-Possession bank account.

12. <u>Any other matters that might materially affect the administration of this case</u>:

    None anticipated.

FUQUA & ASSOCIATES, PC

By:  */s/ Richard L. Fuqua*
Richard L. Fuqua
State Bar No. 07552300
5005 Riverway, Suite 250
Houston, Texas 77056
(713) 960-0277
(713) 960-1064 telecopier
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by regular United States mail, postage prepaid, and/or by ECF, to all parties listed on the attached service list on the 23rd day of July, 2018.

*/s/ Richard L. Fuqua*
Richard L. Fuqua

| | | |
|---|---|---|
| Drilling Structures International, Inc.<br>PO Box 680207<br>Houston, TX 77268 | Richard L. Fuqua<br>Fuqua & Associates, PC<br>5005 Riverway, Ste. 250<br>Houston, TX 77056 | United States Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002 |

## LIST OF 20 LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Triple-S Steel Supply Co<br>PO Box 21119<br>Houston, TX 77226 | Law Office of Brian Ettinger<br>5120 Woodway Drive #5004<br>Houston, TX 77056 | Pro-Line Water Screen Services<br>PO Box 2565<br>Pearland, TX 77588 |
| Lloyds of London<br>5910 N Central Expy, Ste 500<br>Dallas, TX 75231 | Capital Premium Financing<br>12235 S 800 E Draper<br>Draper, UT 84020 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| Bowen Miclette And Britt Ins.<br>PO Box 922022<br>Houston, TX 77292 | Bentley, Bratcher & Associates<br>515 West Greens Road #710<br>Houston, TX 77067-4525 | Medcalf Fabrication<br>1703 Hugh Rd.<br>Houston, TX 77067 |
| Blue Cross Blue Shield Texas<br>PO Box 731428<br>Dallas TX 75373-1428 | Praxair Dist. Inc.<br>PO Box 120812<br>Dallas, TX 75312-0812 | Castle Metals<br>PO Box 841949<br>Dallas, TX 75284-1949 |
| Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | Maxwell Oilfield Services LLC<br>Beachcomber Lane<br>Houston, TX 77062 | Reliant Energy<br>PO Box 650475<br>Dallas TX 75265-0475 |
| Dickerson Trucking<br>PO Box 1703<br>Liberty, TX 77575 | John Hancock/Metlife<br>PO Box 7247-0181<br>Philadelphia, PA 19170 | Ramrod Trucking, Inc.<br>3009 Hohl St<br>Houston, TX 77093 |
| Grexo Technology Group<br>17766 Preston Rd<br>Dallas, TX 75252 | Ramirez, Armandina Tapia De<br>2427 A Kelly Lane<br>Houston TX 77066 | |

PARTIES REQUESTING NOTICE:

| | | |
|---|---|---|
| Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Div.<br>PO Box 12548<br>Austin, TX 78711-2548 | Owen M. Sonik<br>Perdue, Brandon, Fielder, et al.<br>1235 North Loop West, Ste. 600<br>Houston, TX 77008 | Stephen D. Statham<br>Office of the U.S. Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002 |
| Steven A. Leyh<br>Leyh Payne & Mallia, PLLC<br>9545 Katy Frwy, Ste. 200<br>Houston, TX 77024 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | |