

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/30/2018

| | | |
|---|---|---|
| IN RE: | § | |
| DRILLING STRUCTURES | § | CASE NO: 18-33395 |
| INTERNATIONAL, INC. | § | |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

### ORDER
### CHAPTER 11 STATUS CONFERENCE
*Resolving ECF # 4*

The Court conducted an initial status conference on **July 30, 2018**. It is therefore

**ORDERED** that:

1. on or before **August 13, 2018** the Debtor must

    i. close all current bank accounts and open a Debtor-In-Possession bank account at a United States Trustee ("***U.S.T.***") approved DIP bank;
    ii. provide proof of insurance on all assets to the U.S.T. listing the UST as a party of notice;
    iii. file motions to employ all professionals needed in this case;
    iv. File a completed Form B426
    v. File reports as required pursuant to 11 U.S.C. §1116

2. Additionally, the Debtor must

    i. file Monthly Operating Reports and pay U.S.T. fees as they become due;
    ii. attend the Initial Debtor Conference and First Meeting of Creditors;
    iii. file a Plan and Disclosure Statement on or before **October 23, 2018**
    iv. remain current on all post-petition I.R.S. returns and estimated payments including compliance with Section 346, with the deposit requirements of the Internal Revenue Code and its Regulations and with all state tax law requirements;
    v. file all necessary first day motions with the Court including Use of Cash Collateral

SIGNED 07/30/2018.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge