MOR-1

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | DRILLING STUCTURES INTERNATIONAL, INC. |
| CASE NUMBER: | 18-33395 |
| PROPOSED PLAN DATE: | 9/1/2018 |

| | |
|---|---|
| PETITION DATE: | 6/25/2018 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH                             YEAR

| MONTH | 6/30/2018 | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -19,155.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -19,155.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 7,881.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 16,557.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO ( ) | - - |
| LIABILITY | YES (X) NO ( ) | 07 - 31 - 2019 |
| VEHICLE | YES (X) NO ( ) | 08 - 24 - 2018 |
| WORKER'S | YES (X) NO ( ) | 07 - 31 - 2019 |
| OTHER | YES ( ) NO ( ) | - - |

CIRCLE ONE

- Are all accounts receivable being collected within terms?  **Yes**  No
- Are all post-petition liabilities, including taxes, being paid within terms?  **Yes**  No
- Have any pre-petition liabilities been paid?  Yes  **No**
  If so, describe _____
- Are all funds received being deposited into DIP bank accounts?  **Yes**  No
- Were any assets disposed of outside the normal course of business?  Yes  **No**
  If so, describe _____
- Are all U.S. Trustee Quarterly Fee Payments current?  **Yes**  No
- What is the status of your Plan of Reorganization? _____

| | |
|---|---|
| ATTORNEY NAME: | RICHARD L FUQUA |
| FIRM NAME: | FUQUA & ASSOCIATES, P.C. |
| ADDRESS: | 5005 RIVERWAY, SUITE 250 |
| | HOUSTON, TX 77056 |
| CITY, STATE, ZIP: | |
| TELEPHONE/FAX: | 713-960-0277 AND 713-960-1064 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _[signature]_ TITLE: Accounting Mgr.
(ORIGINAL SIGNATURE)

Josephine Sloan    7/20/18
(PRINT NAME OF SIGNATORY)    DATE

MOR-1

CASE NAME: <u>DRILLING STUCTURES INTERNATIONAL, INC.</u>
CASE NUMBER: <u>18-33395</u>

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE*<br>6/25/2018 | MONTH<br>6/30/18 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 31,416.37 | 13,722.69 | | | | | |
| Accounts Receivable, Net | 189,280.93 | 189,280.93 | | | | | |
| Inventory: Lower of Cost or Market | 8,005,483.07 | 8,005,483.07 | | | | | |
| Prepaid Expenses | 112,278.86 | 112,278.86 | | | | | |
| Investments | 3,226,081.70 | 3,226,081.70 | | | | | |
| Other | 240,266.00 | 240,266.00 | | | | | |
| TOTAL CURRENT ASSETS | 11,804,806.93 | 11,787,113.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 6,017,884.71 | 6,017,884.71 | | | | | |
| Less Accumulated Depreciation | 4,228,755.39 | 4,228,755.39 | | | | | |
| NET BOOK VALUE OF PP & E | 1,789,129.32 | 1,789,129.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | 2,816,079.74 | 2,816,079.74 | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $16,410,015.99 | $16,392,322.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

CASE NAME: DRILLING STUCTURES INTERNATIONAL, INC.
CASE NUMBER: 18-33395

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 6/25/2018 | MONTH 6/30/2018 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 3,945.59 | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 698,222.33 | 680,168.49 | | | | | |
| Priority Debt | 9,048,894.11 | 9,070,982.29 | | | | | |
| Federal Income Tax | -116,787.44 | -116,787.44 | | | | | |
| FICA/Withholding | 1,621.83 | 1,621.83 | | | | | |
| Unsecured Debt | 63,695.37 | 63,606.62 | | | | | |
| Other | 6,118,747.85 | 6,118,747.85 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 15,814,394.05 | 15,814,394.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 15,814,394.05 | 15,818,339.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 57,000.00 | 57,000.00 | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | -354,321.76 | -354,321.76 | | | | | |
| RETAINED EARNINGS: Filing Date | 892,943.70 | 871,354.43 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 595,621.94 | 574,032.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $16,410,015.99 | $16,392,372.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

CASE NAME: DRILLING STUCTURES INTERNATIONAL, INC.
CASE NUMBER: 18-33395

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH Jun-18 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | -18,053.84 | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. PRIORITY DEBT | 22,088.18 | | | | | |
|   2. UNSECURED DEBT | -88.75 | | | | | |
|   3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $3,945.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

CASE NAME: DRILLING STUCTURES INTERNATIONAL, INC.
CASE NUMBER: 18-33395

## AGING OF POST-PETITION LIABILITIES
MONTH      Jun-18

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH OVERHEAD |
|---|---|---|---|---|---|---|
| 0-30 | -109,680.52 | 116,533.57 | | 269.50 | | 6,856.05 |
| 31-60 | 45,607.94 | -116,641.44 | | | | 71,033.50 |
| 61-90 | 15,415.95 | 0.00 | | | | -15,415.95 |
| 91+ | 52,602.22 | -1,244.44 | | | | -57,445.20 |
| TOTAL | $3,945.59 | ($1,352.31) | $0.00 | $269.50 | $0.00 | $5,028.40 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Jun-18 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 51,279.55 | | | | | |
| 31-60 DAYS | 1,800.00 | | | | | |
| 61-90 DAYS | 0.00 | | | | | |
| 91+ DAYS | 136,201.38 | | | | | |
| TOTAL | $189,280.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

CASE NAME: DRILLING STUCTURES INTERNATIONAL, INC.
CASE NUMBER: 18-33395

## STATEMENT OF INCOME (LOSS)

| | MONTH Jun-18 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | | | | | | 0.00 |
| TOTAL COST OF REVENUES | 494.01 | | | | | | 494.01 |
| GROSS PROFIT | -494.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -494.01 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 386.23 | | | | | | 386.23 |
| General & Administrative | 10,915.11 | | | | | | 10,915.11 |
| Insiders Compensation | 4,990.47 | | | | | | 4,990.47 |
| Professional Fees | 781.90 | | | | | | 781.90 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 17,073.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,073.71 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -17,567.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -17,567.72 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -17,567.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -17,567.72 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($17,567.72) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($17,567.72) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

CASE NAME: DRILLING STUCTURES INTERNATIONAL, INC.
CASE NUMBER: 18-33395

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 0630/2018 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $30,330.21 | | | | | | $30,330.21 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 8,796.39 | | | | | | 8,796.39 |
| 8. PAYROLL TAXES PAID | 3,295.93 | | | | | | 3,295.93 |
| 9. SALES, USE & OTHER TAXES PAID | 288.75 | | | | | | 288.75 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES   Interim Interest | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) CONTRACT LABOR | 4,176.45 | | | | | | 4,176.45 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 16,557.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,557.52 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 16,557.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,557.52 |
| 22. NET CASH FLOW | -16,557.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -16,557.52 |
| 23. CASH - END OF MONTH (MOR-2) | $13,772.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,772.69 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: DRILLING STUCTURES INTERNATIONAL, INC.
CASE NUMBER: 18-33395

# CASH ACCOUNT RECONCILIATION
## MONTH OF Jun-18

| BANK NAME | INDEPENDENT BANK | INDEPENDENT BANK | TRUSTMARK BANK | PETTY CASH | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 38164 | 1000675452 | 3008203794 | | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 10,202.81 | 4,630.81 | 1,143.29 | 1,000.00 | $16,976.91 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | -156.22 | 3,370.44 | -10.00 | | $3,204.22 |
| ADJUSTED BANK BALANCE | $10,359.03 | $1,260.37 | $1,153.29 | $1,000.00 | $13,772.69 |
| BEGINNING CASH - PER BOOKS | 27,809.03 | -1,165.30 | 1,442.04 | 1,000.00 | $29,085.77 |
| RECEIPTS* | 0.00 | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | -17,450.00 | 18,694.44 | | | $1,244.44 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | -288.75 | | ($288.75) |
| CHECKS/OTHER DISBURSEMENTS* | | 16,268.77 | | | $16,268.77 |
| ENDING CASH - PER BOOKS | $10,359.03 | $1,260.37 | $1,153.29 | $1,000.00 | $13,772.69 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: DRILLING STUCTURES INTERNATIONAL, INC.
CASE NUMBER: 18-33395

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 6/30/2018 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. PHILLIP RIVERA, SR/ PRESIDENT/ SALARY | 995.00 | | | | |
| 2. PHILLIP RIVERA, JR/V. PRESIDENT/ SALARY | 995.00 | | | | |
| 3. SHANNON YORK/ OFFICE MANAGER/SALARY | 1,384.62 | | | | |
| 4. NYCHOLAS JAQUETTE/ SALARY & REIMB. | 4,044.55 | | | | |
| 5. ELTON YORK/ SECURITY/ SALARY | 462.00 | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | $7,881.17 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9